UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

W GLENN SOILEAU

VERSUS

UNITED PROPERTY AND CASUALTY
INS. CO.

CIVIL ACTION NO. 19-cv-0843

JUDGE SUMMERHAYS

MAGISTRATE JUDGE
WHITEHURST

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate
Judge previously filed herein, and having thoroughly reviewed the record, and
considering the lack of objections filed, and concurring with the findings of the
Magistrate Judge under the applicable law;

**IT IS ORDERED** that the plaintiff's Motion to Remand for Lack of Subject
Matter Jurisdiction [Rec. Doc. 16], including the request for costs and attorney
fees, is DENIED.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 5th day of
May, 2020.

UNITED STATES DISTRICT JUDGE